# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

James Rutherford, et al.

                        Plaintiff,

v.                                                       Case No.: 1:16−cv−11081
                                                        Honorable Amy J. St. Eve

Priscillas Ultimate Soul Food Cafeteria, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 10/25/2017. Plaintiff's oral motion to dismiss in light of settlement is granted. This case is hereby dismissed. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.